# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CINDY BURNETT,

        Plaintiff,

v.                                          Case No:  6:19-cv-259-Orl-40GJK

WELLS FARGO BANK, N.A.,

        Defendant.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion to Arbitrate (Doc. 11). Upon consideration, the Court finds that the motion is due to be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Arbitrate (Doc. 11) is **GRANTED**. The parties shall submit this matter to binding arbitration with the American Arbitration Association pursuant to the terms of their arbitration agreement.

2. The proceedings are hereby **STAYED** and the Clerk of Court is **DIRECTED** to administratively close the file. The Court retains Jurisdiction of the case to adjudicate any post-arbitration motions the parties may make.

**DONE AND ORDERED** in Orlando, Florida on March 21, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record