**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CINDY BURNETT,

        Plaintiff,

v.                                                                Case No:  6:19-cv-259-Orl-40GJK

WELLS FARGO BANK, N.A.,

        Defendant.
_____/

**ORDER**

    This cause comes before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 19), filed October 28, 2019. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

    **DONE AND ORDERED** in Orlando, Florida on October 29, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties